UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                                                        DATE: February 13, 2019

JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                                                             Docket # 15-CIV-885

DAVID GOLDRICH v. CITY OF JERSEY CITY, ET AL.

**Appearances:**

Ryan Marc Lockman, Esq. for Pltf
Mark Frost, Esq., for Pltf
Scott W. Carbone, Esq. for Deft
Eric Magnelli, Esq. for Deft
Lucas Markowitz, Esq. for Deft

Nature of Proceeding: **JURY TRIAL**

Trial with jury moved at 9:45 a.m.

Final Jury Instructions read to the jury.

      Eric Magnelli, Esq. – Closing arguments for Deft
      Mark Frost, Esq. – Closing arguments for Pltf

CSO, Patrick Yorke sworn.
Lunch ordered from Hobby's Deli, Newark, NJ for 7 jurors.
Jury deliberation begun at 12:45 p.m.
Jury returned to courtroom at 4:15 p.m. with verdict.
Jury polled and all jurors concurred with the verdict as rendered by their foreperson.
Jury Communication #1 filed.
Jury Communication #2 filed.
Verdict Sheet filed
Exhibit and Witness Lists filed.
Jury trial concluded.

Time Commenced:  9:45 a.m.
Time Adjourned:   4:45 p.m.                                                   Carmen D. Soto
Total Time:  7  hrs.                                                                   Deputy Clerk