**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| | Case No. 15-cv-885 (SDW) (LDW) |
| DAVID GOLDRICH, | |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF JERSEY CITY, et al., | October 25, 2019 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Supplement to Report and Recommendation ("Supplemental R&R"), dated September 20, 2019 (ECF No. 266), supplementing her Report and Recommendation ("R&R"), dated June 26, 2019. (ECF No. 252.) The Supplemental R&R recommended that Defendants the City of Jersey City ("Jersey City") and James Shea's ("Shea") (collectively, "Defendants") Motion for Attorneys' Fees and Costs be granted in part and denied in part, and to award Defendants $51,528.45. This Court has reviewed the reasons set forth by Judge Wettre in the Supplemental R&R, the parties' objections and responses, and the other documents in this matter. For the reasons set forth in this Court's Letter Opinion, dated October 25, 2019,

**IT IS** on this 25th day of October, 2019,

**ORDERED** that Judge Wettre's Supplemental R&R (ECF No. 266) recommending this Court award $51,528.45 in reasonable fees and costs to Defendants is **ADOPTED**.

**SO ORDERED**.

s/ *Susan D. Wigenton*_____
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:       Clerk
cc:        Hon. Leda D. Wettre U.S.M.J.
          Parties